# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARIS M. DOSS | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0408-S-BT |
| CITY OF DESOTO and DALLAS V.A. HOSPITAL | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 18, 2020 [ECF No. 14]. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

1